APRIL 18, 1945

**No. 6132.—**⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛ *M. V. Jenkins* v. *United States.* Entered at Sumas, Wash. (Reap. Dec. 6090). Motion by plaintiff.